**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 179 EAL 2020

Respondent

    :  Petition for Allowance of Appeal
    :  from the Order of the Superior Court

v.

MARTINA WESTCOTT,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.